UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DAVID PARKER,

                Plaintiff,

v.

JOE LOMBARDO, *et al.*,

                Defendants.

Case No. 2:17-cv-02892-APG-NJK

ORDER

**I.    DISCUSSION**

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by an individual who has been released from the custody of the Nevada Department of Corrections. Plaintiff submitted an application to proceed *in forma pauperis* for prisoners. Docket No. 1. The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner within thirty (30) days from the date of this order or pay the full filing fee of $400.

Plaintiff has filed a motion to amend the complaint. Docket No. 3. The Court grants that motion. However, the Court will not screen the amended complaint, Docket No. 3-1, until the matter of the payment of the filing fee is resolved.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners, Docket No. 1, is DENIED as moot.

1

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that, within thirty (30) days from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400.

IT IS FURTHER ORDERED that, if Plaintiff does not timely comply with this order, dismissal of this action may result.

IT IS FURTHER ORDERED that the motion to amend the complaint, Docket No. 3, is GRANTED, but the Court will not file and screen the amended complaint until the matter of the filing fee is resolved.

DATED: August 28, 2018.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE