UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID PARKER,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JOE LOMBARDO, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:17-cv-02892-APG-NJK<br><br>ORDER |

I. **DISCUSSION**

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by an individual who has been released from the custody of the Nevada Department of Corrections. On November 26, 2018, the Court stayed the case for 90 days so that the parties could take part in the Inmate Early Mediation Program, and the Court ordered the Office of the Attorney General to file a status report on or before the end of the 90-day stay. Docket No. 7 at 13. As the mediation has not yet taken place, the stay is extended until April 26, 2019, as is the deadline for filing the status report.

II. **CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the stay is extended until April 26, 2019.

IT IS FURTHER ORDERED that the Office of the Attorney General shall file a status report by April 26, 2019.

DATED: February 22, 2019.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE