UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

DAVID PARKER,

Plaintiff,

v.

JOSEPH LOMBARDO, *et al.*,

Defendants.

Case No. 2:17-cv-02892-APG-NJK

ORDER

Plaintiff, a former prisoner, filed this action under 42 U.S.C. § 1983. I previously stayed the case for purposes of mediation and ordered the Attorney General's Office to advise the court whether it would enter a limited notice of appearance on behalf of the defendants for purposes of settlement. ECF No. 7 at 13, 14.

I should not have stayed the case for purposes of settlement discussion in the Inmate Early Mediation Program as the defendants do not work for the State of Nevada. Therefore, I will lift the stay and this case may proceed.

IT IS ORDERED that the stay is lifted and this case will proceed.

IT IS FURTHER ORDERED that the Attorney General's Office is no longer required to notify the court if it will enter a limited notice of appearance for purposes of settlement.

IT IS FURTHER ORDERED that the Clerk of Court SHALL ISSUE summonses for defendants Clark County, Sheriff Joseph Lombardo, Naph-Care, Inc., James S. McLane, Steve Sisolak, Marilyn Kirkpatrick, Larry Brown, Lawrence Weekly, Chris Giunchigliani, Susan Brager, and James B. Gibson. The Clerk of Court SHALL DELIVER THE SUMMONSES to the U.S. Marshal for service. The Clerk SHALL SEND to Plaintiff 11 USM-285 forms. The Clerk also SHALL SEND a copy of the first amended complaint (ECF No. 8) and a copy of this order and the screening order (ECF No. 7) to the U.S. Marshal for service on the defendants. Plaintiff shall

have 30 days within which to furnish to the U.S. Marshal the required USM-285 forms with relevant information as to each defendant on each form. Within 20 days after receiving from the U.S. Marshal a copy of the USM-285 forms showing whether service has been accomplished, Plaintiff must file a notice with the court identifying which defendants were served and which were not served, if any. If Plaintiff wishes to have service again attempted on an unserved defendant, then a motion must be filed with the court identifying the unserved defendants and specifying a more detailed name and/or address for each such defendant, or whether some other manner of service should be attempted.

IT IS FURTHER ORDERED that going forward, Plaintiff shall serve upon the defendants or, if appearance has been entered by counsel, upon the attorney, a copy of every pleading, motion or other document submitted for consideration by the court. Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or counsel. The court may disregard any paper received by a district judge or magistrate judge which has not been filed with the clerk, and any paper received by a district judge, magistrate judge, or the clerk which fails to include a certificate of service.

DATED THIS 27th day of March, 2019.

_____
Andrew P. Gordon
UNITED STATES DISTRICT JUDGE