# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID PARKER, | Case No.: 2:17-cv-02892-APG-NJK |
| Plaintiff | **Order Granting Motions to Dismiss** |
| v. | [ECF Nos. 18, 26] |
| JOSEPH LOMBARDO, et al., | |
| Defendants | |

Defendant Clark County moves to dismiss. ECF No. 18. Defendants Naphcare, Inc. and Eric Lopez also move to dismiss. ECF No. 26. Plaintiff David Parker did not oppose either motion. I therefore grant them as unopposed. *See* LR 7-2(d).

IT IS THEREFORE ORDERED that defendant Clark County's motion to dismiss **(ECF No. 18) is GRANTED**.

IT IS FURTHER ORDERED that defendants Naphcare, Inc. and Eric Lopez's motion to dismiss **(ECF No. 26) is GRANTED**.

DATED this 26th day of June, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE